ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND

    *     COURT OF APPEALS

v.     *     OF MARYLAND

    *     Misc. Docket AG No. 10

JOHN ANTHONY MOODY     *     September Term, 2021

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, John Anthony Moody, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement after one year, it is this 18th day of February, 2022

**ORDERED,** by the Court of Appeals of Maryland, that, the Respondent, John Anthony Moody, be indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement after one year for violations of Rules 1.1, 1.3, 1.4, 8.1, 8.4(c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that, on April 15, 2022, the Clerk of this Court shall remove the name of John Anthony Moody from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk